UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALYSSA YOUNG,
    Plaintiff,

v.

VERDE ENERGY USA, INC.
    Defendant.

Case No.: 1:15-cv-01175-SHR

FILED
HARRISBURG
SEP 21 2015
PER _____
DEPUTY CLERK

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without Rule 54(d)(1) costs to either party.

/s/ Kevin P. Allen
Kevin P. Allen, Esquire
Attorney ID No. 76426
Eckert, Seamans, Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant St., 44th Floor
Pittsburgh, PA 15219
Phone: (412) 566-6866
Email: kpallen@eckertseamans.com
Attorney for the Defendant

Date: September 21, 2015

/s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID No. 57100
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

Date: September 21, 2015

BY THE COURT:

So ordered this 21st day of September, 2015

_____
Martin C. Carlson, J.